UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 06- *981* |
| v. | : | 18 U.S.C. §§ 1030(a)(2) and 2 |
| MICHAEL KELLY | : | INFORMATION |

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about December 8, 2005, at Burlington County, in the District of New Jersey, and elsewhere, the defendant,

MICHAEL KELLY

did knowingly and intentionally access a computer without authorization and thereby obtain information from a protected computer, by conduct involving an interstate and foreign communication.

In violation of Title 18, United States Code, Sections 1030(a)(2) and 2.

CHRISTOPHER J. CHRISTIE
United States Attorney

CASE NUMBER: _____

**United States District Court**
**District of New Jersey**

**UNITED STATES OF AMERICA**

v.

**MICHAEL KELLY**

**INFORMATION FOR**
18 U.S.C. §§ 1030(a)(2) and 2

**CHRISTOPHER J. CHRISTIE**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

DEBORAH PRISINZANO MIKKELSEN
*ASSISTANT U.S. ATTORNEY*
*CAMDEN, NEW JERSEY*
*856.757.5152*